UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVETTE MINOR,<br><br>        Plaintiff,<br><br>    v.<br><br>THE BANK OF NEW YORK MELLON, et al.,<br><br>        Defendants. | Case No. 19-cv-08151-JCS<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE REMANDED** |

Plaintiff Evette Minor filed this action in the California Superior Court for Sonoma County. Defendants The Bank of New York Mellon and Specialized Loan Servicing, LLC ("SLS") removed to this Court asserting diversity jurisdiction under 28 U.S.C. § 1332. Defendants' notice of removal asserts that no defendant is a citizen of the same state as Minor (a California resident), but provides only the following information about SLS: "Plaintiff admits that defendant Specialized Loan Servicing, LLC is organized in the State of Delaware, whit [sic] its principal place of business being Highlands, Ranch Colorado." Notice of Removal (dkt. 1) ¶ 5. The Ninth Circuit has held, however, "that, like a partnership, an LLC is a citizen of every state of which its owners/members are citizens"—it is not treated like a corporation with citizenship dependent on its state of organization and principal place of business. *Johnson v Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).

The parties are therefore ORDERED TO SHOW CAUSE why this case should not be remanded to state court for lack of jurisdiction. In light of Minor's pending application for a temporary restraining order to block a trustee's sale set for December 30, 2019, the parties must respond to this order no later than 11:00 AM Pacific Standard Time on December 24, 2019 with evidence sufficient to establish whether any member of SLS is a citizen of California.

**IT IS SO ORDERED.**

Dated: December 23, 2019

                                                      JOSEPH C. SPERO
                                                    Chief Magistrate Judge